DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARSHA DEBORAH GURALNICK,**
Appellant,

v.

**ALLEN PAUL GURALNICK,**
Appellee.

No. 4D22-1980

[April 20, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Linda Alley, Judge; L.T. Case No. CACE91-018106.

Howard S. Friedman and Lisa K. Bennett of Fischler & Friedman, P.A., Fort Lauderdale, for appellant.

Scott J. Brook of Scott J. Brook, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***